EL PUEBLO, DEMANDANTE Y APELADO, *v.* PÉREZ, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección Segunda, en causa por adulteración de leche.

No. 1534.—Resuelto en junio 10, 1920.

DELITO CONTRA LA SALUD PÚBLICA—LECHE ADULTERADA—ADULTERACIÓN DE LECHE.—El hecho de que una persona tenga leche adulterada en su casa morada, no es por sí solo, constitutivo de delito; para que lo sea, es necesario demostrar que el acusado la ofrecía o la tenía en venta.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. V. M. Fernández.*

Abogado del apelado: *Sr. J. E. Figueras, Fiscal.*

EL JUEZ PRESIDENTE SR. HERNÁNDEZ, emitió la opinión del tribunal.

El presente es un recurso de apelación contra sentencia que dictó la Corte de Distrito de San Juan, Sección Segunda,

condenando al acusado apelante como culpable del delito de adulteración de leche a seis días de cárcel y costas.

· Tanto el apelante como el fiscal solicitan la revocación de la sentencia, el primero por no constituir los hechos delito alguno y el segundo por falta de prueba de esos mismos hechos.

La acusación formulada por el fiscal de la causa en lo pertinente dice así:

"El citado acusado (Jesús Pérez), en Bayamón, dentro de este Distrito Judicial (de San Juan), y allá por el día 27 de abril de 1918, ilegal, voluntaria y maliciosamente tenía, con la intención de ofrecerla en venta, leche de vaca adulterada con agua artificialmente y la cual no se tenía en venta para fines industriales."

La acusación transcrita es igual a la formulada en el caso de *El Pueblo* v. *Camuñas,* de abril 11, 1919, 27 D. P. R. 311, y entonces resolvimos que el hecho de tener leche adulterada con intención de ofrecerla en venta como pura no está previsto ni castigado en la ley aprobada el 10 de marzo de 1910.

Pero es que tampoco han sido probados los hechos consignados en la acusación, pues si bien el acusado tenía leche adulterada con agua en su casa morada, no aparece demostrado que la ofreciera o tuviera en venta. Nuestra decisión en el caso de *El Pueblo* v. *Pérez,* 23 D. P. R. 878, no es de aplicación al presente caso.

Es de revocarse la sentencia apelada, dictando otra por la que se absuelva al apelante, con las costas de oficio.

*Revocada la sentencia apelada, absolviendo al acusado.*

Jueces concurrentes: Sres. Asociados del Toro, Aldrey y Hutchison.

El Juez Asociado Sr. Wolf no tomó parte en la resolución de este caso.